JOHN W. HUBER, United States Attorney (#7226)
ANDREW CHOATE, Assistant United States Attorney (#13615)
CASEY ARROWOOD, USDOJ-CES Trial Attorney (Special Assistant United States Attorney)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924

FILED
DISTRICT COURT

2015 JUL 29 P 4: 44

DISTRICT OF UTAH

BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | INDICTMENT |
| vs. | VIOS.: 22 U.S.C. § 2778; ARMS EXPORT CONTROL ACT; |
| SONG IL KIM A.K.A. KIM SONG IL, | |
| Defendant. | 18 U.S.C. § 554; SMUGGLING GOODS FROM THE UNITED STATES. |

Case: 2:15-cr-00417
Assigned To : Benson, Dee
Assign. Date : 7/29/2015
Description: USA v.

The Grand Jury Charges:

### Count 1
### 22 U.S.C. § 2778(c)
### ARMS EXPORT CONTROL ACT

Beginning on or about April 2015, through on or about July 16, 2015, in the Central Division of the District of Utah and elsewhere,

SONG IL KIM A.K.A. KIM SONG IL,

the defendant herein, did willfully attempt to export or cause to be exported from the United States, defense articles listed on the United States Munitions List, to wit: PVS-7 and PVS-14 Night Vision Optics and a THOR 320 Thermal Imaging Weapons Sight, without having first obtained from the Department of State, Directorate of Defense Trade Controls, a license or other written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1 and 127.3.

## Count 2
## 18 U.S.C. § 554
## SMUGGLING GOODS FROM THE UNITED STATES

That on or about April of 2015, through on or about July 16, 2015, in the Central Division of the District of Utah and elsewhere,

SONG IL KIM A.K.A. KIM SONG IL,

Defendant herein, did fraudulently and knowingly facilitate the transportation, concealment and sale of merchandise, articles, and objects, to wit: PVS 7 and PVS 14 Night Vision Optics and a THOR 320 Thermal Imaging Weapons Sight, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: by making false statements on shipping labels and

//

//

declarations, in violation of 18 U.S.C. § 1001 and 31 U.S.C. § 3729, all in violation of 18 U.S.C. § 554, and punishable by the same.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
UNITED STATES ATTORNEY

_____
Andrew Choate
Assistant United States Attorney