MARY C. CORPORON  #734
Attorneys at Law
VANCOTT, BAGLEY, CORNWALL & MCCARTHY
36 South State Street, Suite #1900
Salt Lake City, Utah  84111
Telephone: (801) 532-3333
Facsimile:  (801) 237-0836

SCOTT C. WILLIAMS,
Attorneys at Law
43 East 400 South
Salt Lake City, UT  84111
(801) 220-0700

*Attorney for Defendant*

_____

IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | REQUEST FOR RULE 404(b) NOTICE |
| Plaintiff, | : | |
| | : | Case No. 2:15-cr-00417 |
| -vs- | : | |
| | : | Judge:  Dee Benson |
| KIM SONG IL, a/k/a SONG IL KIM, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

DEFENDANT TO THE ABOVE-ENTITLED ACTION, Kim Song Il, by and through his

counsel of record, hereby requests the prosecution disclose the following information:

That the prosecution give the Defendant notice, prior to the date of trial, of any evidence of

other crimes, wrongs, or acts it asserts may have been committed or done by the Defendant that it

plans on attempting to introduce under Rule 404(b) of the FEDERAL RULES OF EVIDENCE.

This notice is given under Rule 404(b), wherein the Rule requires that, upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial of the nature of any such evidence it intends to attempt to introduce at trial.

WHEREFORE, the Defendant requests this information prior to trial and otherwise reserves his right to file a motion in limine or to object to any evidence that the defense determines, prior to or during trial, violates this request or otherwise violates the Federal Rules of Evidence or the Constitution.

DATED this 3rd day of September, 2015.

*/s/ Mary C. Corporon*
MARY C. CORPORON,
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2015, I filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

Andrew R. Choate
andrew.choate@usdoj.gov

*/s/ Tina Marie Newbold*

4814-7981-8535, v. 1

USA vs. Il
Case #2:15-cr-00417
Request for Rule 404(b) Notice            2