MARY C. CORPORON  #734
Attorneys at Law
VANCOTT, BAGLEY, CORNWALL & MCCARTHY
36 South State Street, Suite #1900
Salt Lake City, Utah  84111
Telephone: (801) 532-3333
Facsimile:  (801) 237-0836

SCOTT C. WILLIAMS,
Attorneys at Law
43 East 400 South
Salt Lake City, UT  84111
(801) 220-0700

*Attorney for Defendant*

_____

IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | MOTION TO DISCLOSE EXPERT REPORTS |
| Plaintiff, | : | & MOTION FOR "DAUBERT" HEARING |
| | : | |
| -vs- | : | Case No. 2:15-cr-00417 |
| | : | |
| KIM SONG IL, a/k/a SONG IL KIM, | : | Judge:  Dee Benson |
| | : | |
| Defendant. | : | |
| | : | |

DEFENDANT TO THE ABOVE-ENTITLED ACTION, Kim Song, Il,, by and through his counsel of record, Mary C. Corporon of Van Cott, Bagley, Cornwall & McCarthy, moves the court to grant him a hearing upon the admissibility of the government's proposed expert witnesses herein, if any.

In support of this motion, Defendant asserts he is entitled to such a hearing to determine the admissibility of expert testimony in advance of trial, with the court acting in its role as Agatekeeper≅ to the admissibility of such evidence.

Defendant is further in need of an Order requiring the government to disclose its experts' reports in advance of such hearing. The government should be compelled to disclose such reports well in advance of trial to allow for the appropriate pretrial hearing to determine admissibility.

DATED this 3rd day of September, 2015.

/s/ Mary C. Corporon
MARY C. CORPORON,
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2015, I filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

Andrew R. Choate
andrew.choate@usdoj.gov

/s/ Tina Marie Newbold

4843-3437-0087, v. 1

USA vs. Il
Case #2:15-cr-00417
Motion to Disclose Expert Reports &
Motion for "Daubert" Hearing                2